UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CHRISTY L. PETHERS,

    Plaintiff,

Case No. 1:05-cv-92

v.

Hon. Richard Alan Enslen

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

**JUDGMENT**

    Defendant.
_____/

In accordance with the Opinion of this date;

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant Unum Life Insurance Company of America and against Plaintiff Christy L. Pethers, whose claims are **DISMISSED WITH PREJUDICE**.

Dated in Kalamazoo, MI:         /s/Richard Alan Enslen
September 12, 2005         Richard Alan Enslen
       Senior United States District Judge